FILED
CLERK, U.S. DISTRICT COURT
OCT 2 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08-2638M |
| Plaintiff, | |
| v. | **ORDER OF DETENTION** |
| ISRAEL SILVA-PALACIOS, | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Defendant. | |

The defendant, having been arrested in this District pursuant to a warrant issued by the United States District Court for the District of Colorado for alleged violation(s) of the terms and conditions of his probation/supervised release; and

The court, having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on (1) his lack of bail resources; (2) his background information is unverified; (3) his immigration status is undocumented; and (4) defendant submitted to the detention request.

and/or

1  B.   ( ) The defendant has not met his/her burden of establishing by clear and convincing
2       evidence that he/she is not likely to pose a danger to the safety of any other person or the
3       community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based
4       on:_____
5       _____

6       IT THEREFORE IS ORDERED, without prejudice, that the defendant be detained pending
7  further revocation proceedings.

8

9  Dated: ___Oct. 24___, 2008.

10
                                                 ___F___ M. Ol_____
11                                               Fernando M. Olguin
                                                 United States Magistrate Judge